[No. 11657–0–II.   Division Two.   May 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY O. ESSEX, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 86–1–00035–4, Carl L. Loy, J. Pro Tem.,

entered November 20, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.